CHARLES MCMICHAEL, Respondent, *v.* FEDERAL PRINTING COMPANY, Appellant.

*McMichael* v. *Federal Printing Co.*, 139 App. Div. 225, affirmed. (Argued October 18, 1911; decided November 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*William N. Cohen, C. H. Duell, R. W. France* and *F. P. Warfield* for appellant.

*D-Cady Herrick* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.